IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. BUESGENS,

    Plaintiff,

    v.

BEVERLY HART, et al.,

    Defendants.

No. C 09-80039 MISC SI

**ORDER DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE**

On February 27, 2009, plaintiff Michael Buesgens attempted to file a complaint in this Court. Plaintiff is subject to a Court order that restricts his right to file actions in any federal court. The Order was issued by the United States District Court for the Western District of Texas. *See Buesgens v. Travis County*, Texas, Case No. A-07-CA-427-SS, Docket No. 4 (hereinafter "the Texas pre-filing order").

The Court must give the Texas pre-filing order "full force and effect . . . ." *Lapin v. Shulton, Inc.*, 333 F.2d 169, 172 (9th Cir. 1964); *see, e.g., Carter v. United States*, 733 F.2d 735, 736 (10th Cir. 1984) (Colorado district court had no jurisdiction to afford relief from mandatory injunction issued by district court in another circuit that restrained plaintiff's "right to file lawsuits in state and federal courts throughout the country"); *see also Treadaway v. Academy of Motion Picture Arts and Sciences*, 783 F.2d 1418, 1421 (9th Cir. 1986) (*Lapin* applies not only to injunctions, but "to independent attacks on all types of final judgments" entered in other districts).

On December 22, 2008, plaintiff filed a complaint in this district without seeking the leave of court required by the Texas pre-filing order. The case was assigned to the Honorable Maxine Chesney. *See Buesgens v. Beverly Hart*, Case No. 08-5710 MMC. Plaintiff moved to voluntarily dismiss that complaint. In her February 26, 2009 order dismissing the complaint without prejudice, Judge Chesney

directed plaintiff as follows:

> If plaintiff seeks to refile the instant complaint or any other complaint in this District, plaintiff is hereby ORDERED to submit to the Clerk of the Court, along with any proposed complaint, a copy of the pre-filing order issued June 21, 2007 by the Honorable Sam Sparks, in *Buesgens v. Travis County, Texas*, Case No. A-07-CA-427-SS (Western District of Texas).

*See* Feb. 26 Order, *2, Docket No. 65 (Case No. 08-5710). The following day, plaintiff sought leave to file what appears to be the same complaint that was filed in Case No. 08-5710. Plaintiff's application was assigned to the undersigned judge, who is currently designated as Duty Judge.

This Court finds that much of the instant complaint duplicates the complaint that gave rise to the Texas pre-filing order. Plaintiff's application for leave to file the instant complaint is therefore DENIED.

If plaintiff wishes to file any further complaints in this district, he must simultaneously submit:

1. A copy of the pre-filing order issued June 21, 2007 by Judge Sparks, in *Buesgens v. Travis County, Texas*, Case No. A-07-CA-427-SS (Western District of Texas); and
2. A copy of the pre-filing order issued February 26, 2009 in this district by Judge Chesney, *Buesgens v. Beverly Hart*, Case No. 08-5710 MMC; and
3. A copy of this order.

**IT IS SO ORDERED.**

Dated: March 4, 2009

SUSAN ILLSTON
United States District Judge