IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BUESGENS,<br><br>          Plaintiff,<br><br>     v.<br><br>BEVERLY HART, et al.,<br><br>          Defendants. | No.  C 09-80039 MISC SI<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Plaintiff's application to proceed on appeal *in forma pauperis* in accordance with Rule 24, Fed. R. App. P., is GRANTED.

**IT IS SO ORDERED.**

Dated: March 12, 2009

SUSAN ILLSTON
United States District Judge